**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00398-CV

**KAYE/BASSMAN INTERNATIONAL CORP., Appellant**

**V.**

**PANKAJ DHANUKA, ET AL., Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03698-07**

## ORDER

We **GRANT** appellant's March 25, 2013 motion for an extension of time to file its notice of appeal. The notice of appeal filed by appellant on March 22, 2013 is deemed timely for jurisdictional purposes.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE